UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN L. RISTER,

    Plaintiff,

v.                                          Case No. 8:18-cv-220-T-36AEP

DAKIN DAIRY FARMS, INC. and
JERRY L. DAKIN,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Motion to Compel Responses to Discovery Requests (Doc. 31)[1]. Upon review of the Motion, it is hereby

**ORDERED:**

1. A discovery hearing shall be scheduled for **March 8, 2019, at 2:00 PM in Courtroom 10A** of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2. Upon failure of the Defendants to appear in person at the hearing, the Court shall consider imposing sanctions on the Defendants.

3. If Defendants comply with the outstanding discovery requests before **March 8, 2019**, the hearing shall be cancelled.

---

[1] Plaintiff is reminded that this was filed in the U.S. District Court for the Middle District of Florida, and thus the Federal Rules of Civil Procedure apply, rather than the Florida Rules of Civil Procedure.

DONE AND ORDERED in Tampa, Florida, on this 25th day of February, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record