UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN L. RISTER,

        Plaintiff,

v.                                     Case No. 8:18-cv-220-T-36AEP

DAKIN DAIRY FARMS, INC. and
JERRY L. DAKIN,

        Defendants.
_____/

## **<u>ORDER</u>**

This cause comes before the Court *sua sponte*. Upon review of the record, counsel for Defendant Dakin Dairy Farms, Inc. was relieved of any further responsibility in this action and Defendant Dakin Dairy Farms, Inc. had 30 days to obtain new counsel. The record reflects that Defendant Dakin Dairy Farms, Inc. did not obtain new counsel within the time allotted by the Court and no Notice of Appearance has been filed. After consideration, it is hereby

ORDERED:

1. Defendant Dakin Dairy Farms, Inc. is a corporation and, therefore, may only appear and be heard through counsel admitted to practice in the Middle District of Florida. M.D. Fla. R. 2.03(e). Accordingly, Defendant Dakin Dairy Farms, Inc. shall have until **March 8, 2019** to obtain new counsel. If Defendant Dakin Dairy Farms, Inc. fails to obtain new counsel by that date, a default may be entered against Defendant Dairy Farms, Inc.

DONE AND ORDERED in Tampa, Florida, on this 25th day of February, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record